In the Matter of the Claim of WACLAW STRUZYCKI, Respondent, *v.* R. W. SMITH CONTRACTING COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's compensation — injury to eye from flying chip of steel — when notice to foreman sufficient.*

*Struzycki* v. *Smith Contracting Co.*, 195 App. Div. 945, affirmed.

(Submitted June 6, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

March 10, 1921, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant while in the course of his employment was struck in the eye by a chip of steel from his chisel or hammer causing loss of fifty per cent of vision. The award was contested on the ground of lack of sufficient notice of the injury. The commission found that claimant's foreman had notice within the required time which was sufficient.

*William Warren Diminick* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ. Absent: CRANE, J.